## Ex Parte Miner.

### Apelación procedente de la Corte de Distrito de San Juan.

No. 111.—Resuelto en abril 12, 1904.

Dominio—Posesión para Adquirirlo—Buena Fe—Justo Título.—Para adquirir por prescripción ordinaria el dominio de los inmuebles es necesario tener seis años de posesión, con buena fe y justo título.

Id.—Calificación del Título.—La calificación del título corresponde al tribunal y es necesario indicar el título con que se posee, a fin de que el tribunal pueda estimarlo y determinar si es o nó justo.

#### EXPOSICIÓN DEL CASO.

En los autos seguidos en el Tribunal de Distrito de San Juan por el Abogado Don Luis Freyre Barbosa, a nombre de Mr. W. W. Miner, sobre información de dominio de una finca rústica, pendientes ante nos a virtud del recurso de apelación, interpuesto por la representación del promovente contra la sentencia pronunciada por el referido tribunal de distrito, que copiada a la letra dice así:

"Puerto Rico, septiembre 1 de 1903. *Resultando:* que el Letrado Don Luis Freyre Barbosa, acudió al tribunal en 12 de abril del año corriente en representación de W. W. Miner, alegando que careciendo de título escrito de dominio su causahabiente deseaba justificar, con arreglo a la Orden Judicial de 2 de abril de 1899 y artículo 395 de la Ley Hipotecaria, que es dueño de una finca rústica radicada en el barrio de 'Candelaria,' de Bayamón, antes Toa Baja, compuesta de 30 cuerdas, equivalentes, a 11 hectáreas, 79 áreas y 19 centiáreas, colindante, por el norte, con Mr. George J. Case, representado por Mr. Enrique Grosch; por el Sur, con la carretera que de Cataño conduce a los Reyes Católicos; por el este, (*) con Don Francisco Dávila, y por el Oeste, con Don Juan Ortiz; que él hace dos años que adquirió la finca de Nicolás Román, quien la había venido poseyendo por más de 20 años sin oposición de nadie y valorados dichos terrenos en $500, y suplicando la declaración de dominio, publicación de edictos, y citaciones requeridas por la ley y la práctica de la

información testifical bajo los interrogatorios siguientes: 1. Generales de la ley. 2. Ser cierto que Don Nicolás Román vino poseyendo quieta y pacíficamente, sin oposición de nadie, por espacio de más de 20 años, la finca que se describe en el cuerpo de este escrito. 3. Ser cierto que esa propiedad y posesión la trasmitió en virtud de contrato dé compraventa, hará dos años más o menos a Mr. W. W. Miner quien también, desde que la adquirió de aquél, la ha venido poseyendo también quieta y pacíficamente sin oposición de nadie. 4. Ser cierto que lo declarado es público notorio.

"*Resultando:* que evacuado el traslado por el ministerio fiscal, publicados los edictos en *The Puerto Rico Sun*, y citados en forma legal los colindantes y no el anterior poseedor, al segundo interrogatorio contestaron los testigos que sí y le constaban igualmente al tercero, constándole además que tanto el actual dueño como los anteriores han poseído la finca 'de buena fe y con justo título y pagado las contribuciones y. al cuarto interrogatorio que es público y notorio.

"*Resultando:* que señalada la comparecencia verbal y citado el Fiscal compareció el abogado de la parte promovente que alegó lo que él creyó necesario a su derecho.

"*Considerando:* que aún dado por supuesto que se ha justificado una posesión con título justo, la parte promovente lleva solamente más de dos años de tal posesión, cuando la orden judicial en que se funda el expediente requiere seis años.

"*Considerando:* que puesto que los testigos declararon que el anterior poseedor poseyó durante 20 años de buena fe y con justo título y sin indicar la clase de título para que el tribunal pueda saber si el título era justa o no, no basta tal declaración para formar (*) un criterio racional pues el tribunal, y no los testigos, está llamado a calificar el título.

"Se declara sin lugar el. dominió solicitado.

"Así lo acordaron y firmaron los jueces del tribunal de que certifico. Frank H. Richmond, José Tous Soto, Otto Schoenrich, Luis Méndez Vaz."

*Resultando:* que contra esta sentencia interpuso apelación la representación del promovente, la que le fué admitida libremente y en ambos efectos, y que elevados los autos a esta superioridad, con citación y emplazamiento de las partes, y personada la apelante, se dió al recurso la tramitación corres-

pondiente y se señaló día para la vista, cuyo acto se celebró con asistencia del abogado defensor del apelante y del Fiscal de este tribunal, que impugnó el recurso.

Abogado del apelante: *Sr. Freyre Barbosa.*

Abogado del Pueblo: *Sr. del Toro, Fiscal.*

EL JUEZ PRESIDENTE SR. QUIÑONES, después de exponer los hechos anteriores, emitió la opinión del tribunal.

*Aceptando* los fundamentos de hecho y de derecho de la sentencia apelada.

Vistas las disposiciones que en la misma se citan.

*Fallamos* que debemos confirmar y confirmamos la expresada sentencia, con las costas al apelante.

Jueces concurrentes: Sres. Hernández, Figueras, Sulzbacher y MacLeary.